FILED

2003 NOV 12 P 12: 45

US DISTRICT COURT
BRIDGEPORT CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LESLIE WILLIAMS | : | 3:03 CV 00310 (SRU) |
| VS. | : | JURY TRIAL DEMANDED |
| SAINT FRANCIS HOSPITAL AND MEDICAL CENTER | : | NOVEMBER 10, 2003 |

### MOTION FOR EXTENSION OF TIME

The Plaintiff in the above entitled matter respectfully moves for a thirty (30) day

extension of time in which to respond to Defendant's First Set of Interrogatories and

Request for Production to Plaintiff up to and including December 9, 2003.

In support of this motion undersigned counsel represents the following:

1.     She had a trial in the Superior Court for the Judicial District of New Haven

which included jury selection from October 1 through 3 and evidence from October 15

through October 27, 2003.

2.     Undersigned counsel has also had two other trials since the completion of the

trial detailed in Paragraph 1, above;

3.     Plaintiff recently changed her mailing address and did not receive Defendant's

First Set of Interrogatories and Request for Production in sufficient time to provide her

counsel with answers and documents within the original thirty (30) day period.

Counsel for Plaintiff has conferred with counsel for Defendant who indicates that there is no objection.

THE PLAINTIFF
LESLIE WILLIAMS,

BY: *Justine Fitzgerald Miller*
Justine Fitzgerald Miller
Law Offices of Justine F. Miller
P.O. Box 3261
New Haven, CT 06515-0361
(203) 865-6401
Fed Bar No. CT 07957

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via first class mail, postage prepaid on this the 10th day of November, 2003 to the following counsel of record:

Christopher L. Brigham
Updike, Kelly & Spellacy, P.C.
One State Street, 24th Floor
P. O. Box 231277
Hartford, CT 06123-1277

Amy Leete Van Dyke
Updike, Kelly & Spellacy, P.C.
One State Street, 24th Floor
P. O. Box 231277
Hartford, CT 06123-1277

*Justine Fitzgerald Miller*
Justine FitzGerald Miller
Commissioner of the Superior Court