#20

FILED

2003 NOV 12 P 12: 45

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LESLIE WILLIAMS | : | 3:03 CV 00310 (SRU) |
| VS. | : | JURY TRIAL DEMANDED |
| SAINT FRANCIS HOSPITAL AND MEDICAL CENTER | : | NOVEMBER 10, 2003 |

## MOTION FOR EXTENSION OF TIME

The Plaintiff in the above entitled matter respectfully moves for a thirty (30) day extension of time in which to respond to Defendant's First Set of Interrogatories and Request for Production to Plaintiff up to and including December 9, 2003.

In support of this motion undersigned counsel represents the following:

1. She had a trial in the Superior Court for the Judicial District of New Haven which included jury selection from October 1 through 3 and evidence from October 15 through October 27, 2003.

2. Undersigned counsel has also had two other trials since the completion of the trial detailed in Paragraph 1, above;

3. Plaintiff recently changed her mailing address and did not receive Defendant's First Set of Interrogatories and Request for Production in sufficient time to provide her counsel with answers and documents within the original thirty (30) day period.

GRANTED; ABSENT OBJECTION.
SO ORDERED. _____
Stefan R. Underhill, U.S.D.J.
11/13/03