UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LESLIE WILLIAMS | : | 3:03 CV 00310 (SRU) |
| VS. | : | JURY TRIAL DEMANDED |
| SAINT FRANCIS HOSPITAL AND MEDICAL CENTER | : | DECEMBER 15, 2003 |

## JOINT MOTION FOR EXTENSION OF TIME

The parties in the above entitled matter respectfully move for an extension of the scheduling deadlines as detailed below:

1. Make the discovery period run from June 1, 2003 to June 1, 2004.

2. Depositions of Fact Witnesses shall be completed by February 17, 2004;

3. Plaintiff shall provide a damages analysis on or by February 17, 2004;

4. Plaintiff shall designate expert witnesses and provide reports by March 1, 2004;

5. Defendant shall designate expert witnesses and provide reports by May 1, 2004;

6. Dispositive Motions shall be filed on or before thirty (30) days following the end of the discovery period.

In support of their motion, the parties represent the following:

1. The Plaintiff has just served upon counsel for Defendant her compliance with Defendant's First Set of Interrogatories and Request for Production dated October 9, 2003 which were due December 9, 2003, in accordance with the Court's (Underhill, J.)

November 13, 2003 endorsement of Plaintiff's Motion for Extension of Time dated November 10, 2003;

2. Counsel for Defendant needs the opportunity to review Plaintiff's compliance in order to determine the fact witnesses to be deposed.

3. Counsel for Plaintiff has had a series of trials which resulted in the filing of the aforementioned Motion or Extension of Time and which has caused a significant delay in Plaintiff's filing of Interrogatories and Requests for Production upon Defendant and the scheduling of the depositions of fact witnesses.

4. The parties believe that the revised scheduling order will allow this case to proceed in an orderly manner.

This matter has not yet been set down for trial.

| | |
|---|---|
| THE PLAINTIFF<br>LESLIE WILLIAMS, | THE DEFENDANT<br>ST FRANCIS HOSPITAL<br>AND MEDICAL CENTER, |
| BY: *Justine FitzGerald Miller*<br>Justine FitzGerald Miller<br>Law Offices of Justine F. Miller<br>P.O. Box 3261<br>New Haven, CT 06515-0361<br>Telephone: (203) 865-6401<br>Fed Bar No. CT 07957 | BY: _____<br>Christopher L. Brigham, Esq.<br>Fed. Bar No. CT 12410<br>Amy Leete Van Dyke, Esq.<br>Fed Bar No. CT 231810<br>Updike, Kelly & Spellacy, P.C.<br>One State Street<br>P. O. Box 231277<br>Hartford, CT 06123-1277<br>Telephone: (860) 548-2600 |

C:\Documents and Settings\Owner\My Documents\Miller\Employment Lit\Williams v. St Francis\Civil Pleadings\Mot Extend Time Dec 12 2003.wpd

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, first class, postage prepaid, this 15th day of December 2003, to the following counsel of record:

Justine FitzGerald Miller, Esq.
258 Church Street
Post Office Box 3261
New Haven, CT 06510

By: _____
AMY LEETE VAN DYKE, ESQ.
Updike, Kelly & Spellacy, P.C.