disk

22

FILED

2003 DEC 16 P 12: 34

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LESLIE WILLIAMS | : | 3:03 CV 00310 (SRU) |
| VS. | : | JURY TRIAL DEMANDED |
| SAINT FRANCIS HOSPITAL AND MEDICAL CENTER | : | DECEMBER 15, 2003 |

## JOINT MOTION FOR EXTENSION OF TIME

The parties in the above entitled matter respectfully move for an extension of the scheduling deadlines as detailed below:

1. Make the discovery period run from June 1, 2003 to June 1, 2004.
2. Depositions of Fact Witnesses shall be completed by February 17, 2004;
3. Plaintiff shall provide a damages analysis on or by February 17, 2004;
4. Plaintiff shall designate expert witnesses and provide reports by March 1, 2004;
5. Defendant shall designate expert witnesses and provide reports by May 1, 2004;
6. Dispositive Motions shall be filed on or before thirty (30) days following the end of the discovery period.

In support of their motion, the parties represent the following:

1. The Plaintiff has just served upon counsel for Defendant her compliance with Defendant's First Set of Interrogatories and Request for Production dated October 9, 2003 which were due December 9, 2003, in accordance with the Court's (Underhill, J.)

Motion Granted.
Discovery cutoff date June 1, 2004
Dispositive Motions Due by July 1, 2004
SO ORDERED
12/18/03
Stefan R. Underhill, U.S.D.J.