FILED

2004 FEB 17 P 12: 47

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LESLIE WILLIAMS | : | 3:03 CV 00310 (SRU) |
| VS. | : | JURY TRIAL DEMANDED |
| SAINT FRANCIS HOSPITAL AND MEDICAL CENTER | : | FEBRUARY _12_, 2004 |

### MOTION FOR EXTENSION OF TIME

The plaintiff in the above entitled matter respectfully moves for an extension of the internal scheduling deadlines to submit her damages analysis and the completion of both parties depositions of fact witnesses to March 31, 2004. In support of her motion the plaintiff represents the following:

1. Pursuant to the orders of the Court (Underhill, J.) granting the parties' Joint Motion for Extension of Time, the deadline for completion of the depositions of fact witness and filing of Plaintiff's damages analysis is February 17, 2004.

2. Undersigned counsel represents that there is good cause for this extension and that without the prayed for extension she will be unable to adequately represent her client's interests.

3. Since January 1, 2004 counsel for the Plaintiff has had to prepare for the following contested matters:

a. Special Master's Pretrial in the matter of Selmquist v. Selmquist on January 13, 2004. This matter was settled and entry of judgment was made on January 13, 2004.

b. Trial in the matter of Eaton v. Warden which was scheduled for January 14, 2004 before the Superior Court for the Judicial District of New Haven. On January 13, 2004 counsel was notified that this matter was being postponed because there was no judge available to hear this matter.

c. On January 14, 2004 counsel was notified that trial in the matter of State v. Flowers was scheduled to commence on January 15, 2004. This matter continued until January 21, 2004 at which time the defendant entered into a plea agreement with the State of Connecticut. Sentencing is currently scheduled for April 2, 2004.

d. On Tuesday January 20, 2004 undersigned counsel was notified that her presence at the Superior Court for Juvenile Matters, Child Protection Court at Middletown for an hearing on and Order for Temporary custody in the matter of In Re: Destany F. on January 22, 2004.

e. The matter of Bilo v. Bilo was scheduled for an uncontested hearing on January 27, 2004. This matter had not settled as of that date and the matter is now

scheduled for a judicial pretrial before the Superior Court for the Judicial District of Ansonia/Milford at Milford on February 18, 2004.

  f. Undersigned counsel has had to prepare for trial in the matter of Altmann v. Altmann before the Superior Court for the Judicial District of New Haven which was scheduled for February 13, 2004. On February 9, 2004 undersigned counsel was notified that the court could not accommodate the trial on this date. In addition to the trial preparation that was already undertaken there have also been a settlement conference held on January 19, 2004, the deposition of the Plaintiff, which was taken on January 26, 2004 and January 31, 2004 and the Deposition of the Defendant was taken on February 6, 2004 and February 8, 2004.

  g. Undersigned counsel has a trial in the matter of Respass v. Warden before the Superior Court for the Judicial District New Haven commencing on February 25, 2004.

3. As a result of the above-detailed obligations counsel for Plaintiff cannot reasonably meet the deadlines as they currently exist despite her diligence.

4. Counsel for the Plaintiff has conferred with counsel for the Defendant who has no objection.

5.   This matter has not yet been set down for trial.

                                          THE PLAINTIFF
                                          LESLIE WILLIAMS,

                                          BY: _____
                                          Justine FitzGerald Miller
                                          Law Offices of Justine F. Miller
                                          P.O. Box 3261
                                          New Haven, CT  06515-0361
                                          Telephone:  (203) 865-6401
                                          Fed Bar No. CT 07957

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via first class mail, postage prepaid on this the __12 TH__ day of February, 2004 to the following counsel of record:

Christopher L. Brigham
Updike, Kelly & Spellacy, P.C.
One State Street, 24th Floor
P. O. Box 231277
Hartford, CT 06123-1277

Amy Leete Van Dyke
Updike, Kelly & Spellacy, P.C.
One State Street, 24th Floor
P. O. Box 231277
Hartford, CT 06123-1277

_____
Justine FitzGerald Miller
Commissioner of the Superior Court

C:\Documents and Settings\Owner\My Documents\Miller\Employment Lit\Williams v. St Francis\Civil Pleadings\Mot Extend Depo Deadline Feb 5 2004.wpd