03cv310mot

FILED
2004 FEB 17 P 12: 47

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LESLIE WILLIAMS | : | 3:03 CV 00310 (SRU) |
| VS. | : | JURY TRIAL DEMANDED |
| SAINT FRANCIS HOSPITAL AND MEDICAL CENTER | : | FEBRUARY __12__, 2004 |

## MOTION FOR EXTENSION OF TIME

The plaintiff in the above entitled matter respectfully moves for an extension of the internal scheduling deadlines to submit her damages analysis and the completion of both parties depositions of fact witnesses to March 31, 2004. In support of her motion the plaintiff represents the following:

1.   Pursuant to the orders of the Court (Underhill, J.) granting the parties' Joint Motion for Extension of Time, the deadline for completion of the depositions of fact witness and filing of Plaintiff's damages analysis is February 17, 2004.

2.   Undersigned counsel represents that there is good cause for this extension and that without the prayed for extension she will be unable to adequately represent her client's interests.

3.   Since January 1, 2004 counsel for the Plaintiff has had to prepare for the following contested matters:

GRANTED; ABSENT OBJECTION.
SO ORDERED 2/25/04
Stefan R. Underhill, U.S.D.J.