UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LESLIE WILLIAMS | ) | DOCKET NO. 3:03CV00310 (SRU) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ST. FRANCIS HOSPITAL AND | ) | |
| MEDICAL CENTER | ) | |
| | ) | |
| Defendants. | ) | APRIL 7, 2004 |
| | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR
PRODUCTION OF DOCUMENTS AND EXTENSION FOR PLAINTIFF TO
FILE DAMAGE ANALYSIS**

Pursuant to the Federal Rules of Civil Procedure 6(b) and Local Rule 7(b), the defendant, St. Francis Hospital and Medical Center ("defendant"), respectfully moves for an extension of time of thirty (30) days, up to and including May 7, 2004, to file its objections and/or responses to plaintiff's First Set of Interrogatories and Requests for Production dated March 7, 2004. Defendant moves for this extension on the grounds that additional time is needed to gather the necessary information to formulate a proper response and/or objection.

This is defendant's first request for an extension of time regarding discovery. Plaintiff's counsel has no objection to this Motion.

**ORAL ARGUMENT NOT REQUESTED**

357641

Pursuant to agreement between counsel, defendant also respectfully moves for an extension of time of twenty-one (21) days, up to and including April 21, 2004, for plaintiff to file her damage analysis.

        Respectfully submitted,

        DEFENDANT,
        ST. FRANCIS HOSITAL & MEDICAL CENTER

By: _____
        CHRISTOPHER L. BRIGHAM
        Federal Bar Number ct12410
        AMY LEETE VAN DYKE, ESQ.
        Federal Bar Number ct231810
        UPDIKE, KELLY & SPELLACY, P.C.
        One State St., P.O. Box 231277
        Hartford, CT 06123-1277
        Tel. No. (860) 548-2600

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was hand delivered in the United States mail, First Class, postage prepaid this 7th day of April 2004, to the following:

Justine F. Miller, Esq.
285 Church Street
P. O. Box 3261
New Haven, CT 06515-0361

By: _____
AMY LEETE VAN DYKE, ESQ.
UPDIKE, KELLY & SPELLACY, P.C.

357641                                        3