FILED

2004 APR -7 P 12: 36

U.S. DISTRICT COURT
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LESLIE WILLIAMS | ) DOCKET NO. 3:03CV00310 (SRU) |
| Plaintiff, | ) |
| v. | ) |
| ST. FRANCIS HOSPITAL AND MEDICAL CENTER | ) |
| Defendants. | ) APRIL 7, 2004 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND EXTENSION FOR PLAINTIFF TO FILE DAMAGE ANALYSIS**

Pursuant to the Federal Rules of Civil Procedure 6(b) and Local Rule 7(b), the defendant, St. Francis Hospital and Medical Center ("defendant"), respectfully moves for an extension of time of thirty (30) days, up to and including May 7, 2004, to file its objections and/or responses to plaintiff's First Set of Interrogatories and Requests for Production dated March 7, 2004. Defendant moves for this extension on the grounds that additional time is needed to gather the necessary information to formulate a proper response and/or objection.

This is defendant's first request for an extension of time regarding discovery. Plaintiff's counsel has no objection to this Motion.

**ORAL ARGUMENT NOT REQUESTED**

GRANTED; ABSENT OBJECTION.
SO ORDERED /s/ Stefan R. Underhill, U.S.D.J.
FILED 2004 APR 22 P 3:39 U.S. DISTRICT COURT BRIDGEPORT, CONN

357641