UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LESLIE WILLIAMS | : | 3:03 CV 00310 (SRU) |
| VS. | : | JURY TRIAL DEMANDED |
| SAINT FRANCIS HOSPITAL AND MEDICAL CENTER | : | MAY 28, 2004 |

### JOINT MOTION FOR VOLUNTARY DISMISSAL

Plaintiff Leslie Williams with Defendant St. Francis Hospital and Medical Center, respectfully moves for an order voluntarily dismissing the above captioned matter, with prejudice but without costs or fees, pursuant to Fed. R. Civ. P. 41.

THE PLAINTIFF
LESLIE WILLIAMS,

BY: /s/ Justine Fitzgerald Miller
Justine Fitzgerald Miller
Law Offices of Justine F. Miller
P.O. Box 3261
New Haven, CT 06515-0361
Telephone: (203) 865-6401
Fed Bar No. ct 07957

THE DEFENDANT
ST FRANCIS HOSPITAL
AND MEDICAL CENTER,

BY: /s/
Christopher L. Brigham, Esq.
Fed. Bar No. ct 12410
Amy Leete Van Dyke, Esq.
Fed Bar No. ct 231810
Updike, Kelly & Spellacy, P.C.
One State Street
P. O. Box 231277
Hartford, CT 06123-1277
Telephone: (860) 548-2600