UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Williams

V.                          Case Number:  3:03cv310 SRU

St. Francis Hospital

**ORDER**


_____**Stipulation for Dismissal of Case** Doc. # **28** - **ORDERED ACCORDINGLY**


Dated at Bridgeport, Connecticut, June 8, 2004.


KEVIN F. ROWE, CLERK


By: /s/ Chrystine W. Cody
        C. W. Cody
        Deputy Clerk